

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-20-00186-CV

**IN RE** Josefina **LOPEZ**

Original Mandamus Proceeding[1]

**ORDER**

On March 30, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 22, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CVH-002055-C3, styled *Josefina Lopez v. Germania Farm Mutual Insurance Company and Christopher Yates*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Victor Villarreal presiding.